IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILSON ANTONIO CAAL-YAT,

              Petitioner,

      v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

              Respondent.

CIVIL ACTION NO.: 5:26-cv-64

**O R D E R**

      Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, raising what

appears to be the same claim and seeking the same relief as the Petitioners in the Villa v.

Normand, 5:25-cv-89, consolidated cases.  Thus, the Court **DIRECTS** Respondents to **SHOW**

**CAUSE** why this Petitioner is not entitled to the same relief as the Petitioners in the cases

consolidated into Villa within **five business days** of this Order.  The Court **DIRECTS** the

United States Marshal to serve a copy of the Petition, doc. 1, and a copy of this Order by

registered or certified mail upon: (1) the Attorney General of the United States; (2) the named

Warden-Respondent; and (3) the civil process clerk at the office of the United States Attorney

for the Southern District of Georgia.  See Fed. R. Civ. P. 4(i).  The Court **DIRECTS** the Clerk of

Court to provide a courtesy copy of this Order and the Petition to the United States Attorney's

Office at: Bradford.Patrick@usdoj.gov; Woelke.Leithart@usdoj.gov; and

Keveya.Sturkey@usdoj.gov.

      **SO ORDERED**, this 20th day of January, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA